IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD ULFERTS, Individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br>     v.<br><br>FRANKLIN RESOURCES, INC.,<br>FRANKLIN ADVISERS, INC. and<br>FRANKLIN TEMPLETON DISTRIBUTORS, INC.,<br><br>          Defendants.<br>                                                                  / | No. C 06-7847 SI<br>Related Case C 06-7121<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS** |

Defendants have filed a motion requesting that their responsive pleadings be due within 30 days of the Court's order on defendants' motion to transfer the related case of *Alexander v. Franklin Resources et al.*, C 06-7121 SI. The motion for an extension is scheduled for a hearing on February 23, 2007, and plaintiffs have not filed an opposition. Pursuant to Civil Local Rule 7-1(b), the Court finds the matter suitable for resolution without oral argument, and VACATES the hearing. The Court GRANTS defendants' motion. (Docket No. 7). Defendants' responsive pleadings are now due within 30 days of the filing date of the transfer order in *Alexander*.

By separate order, the Court granted defendants' motion to transfer the *Alexander* case. Accordingly, the Court DENIES as moot plaintiff's motion to consolidate this action and the *Alexander* case. (Docket No. 19). The Court notes that plaintiffs' motion to consolidate states that the *Ulferts* and *Alexander* actions are "virtually identical." In light of this representation, and the Court's transfer order in *Alexander*, the Court directs the parties to meet and confer regarding the status of the *Ulferts* action. The parties are directed to file a letter brief no later than **February 21, 2007** setting forth the parties'

positions on this issue.

**IT IS SO ORDERED.**

Dated: February 15, 2007

SUSAN ILLSTON
United States District Judge