IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD ULFERTS, | No. C 06-7847 SI |
| Plaintiff, | **ORDER RE: PLAINTIFF'S MARCH 6, 2007 LETTER** |
| v. | |
| FRANKLIN RESOURCES INC., et al., | |
| Defendants. | |

On March 6, 2007, the Court issued a Clerk's notice rescheduling the hearing on plaintiff's motion for appointment of lead counsel and lead plaintiff from March 9, 2007 to April 27, 2007. Plaintiff's counsel then filed a letter with the Court requesting that the motion for appointment of lead plaintiff remain on the March 9, 2007 calendar. (Docket No. 27).

The Court DENIES plaintiff's request. The Court shall consider the residences of all potential lead plaintiffs in connection with defendant's motion to transfer, and thus it is not necessary to hear plaintiff's motion for appointment of lead plaintiff prior to hearing the transfer motion.

**IT IS SO ORDERED.**

Dated: March 8, 2007

SUSAN ILLSTON
United States District Judge