1  Daniel A. Pollack (*Pro Hac Vice*)
   Edward T. McDermott (*Pro Hac Vice*)
2  Anthony Zaccaria (*Pro Hac Vice*)
   POLLACK & KAMINSKY
3  114 West 47th Street
4  New York, New York 10036
   Telephone:  (212) 575-4700
5  Facsimile:   (212) 575-6560

6  Boris Feldman (State Bar No. 128838)
7  Peri Nielsen (State Bar No. 196781)
   Jordan Elias (State Bar No. 228731)
8  WILSON SONSINI GOODRICH & ROSATI
   650 Page Mill Road
9  Palo Alto, California 94304-1050
   Telephone:  (650) 493-9300
10 Facsimile:   (650) 493-6811

11
   Attorneys for Franklin Resources, Inc.,
12 Franklin Advisers, Inc., and
   Franklin/Templeton Distributors, Inc.
13

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD ULFERTS, Individually And On Behalf Of All Others Similarly Situated, | |
| Plaintiff, | Case No.: C-06-7847-SI |
| v. | |
| FRANKLIN RESOURCES, INC., FRANKLIN ADVISERS, INC. and FRANKLIN/TEMPLETON DISTRIBUTORS, INC., | |
| Defendants. | |

**[PROPOSED] STIPULATED SCHEDULING ORDER**

SCHEDULING STIPULATION
CASE NO. C-06-7847-SI

1     The parties, by and through their undersigned counsel, hereby agree and stipulate as follows, subject to the Court's approval:

    1.     The time for defendants to move against or answer plaintiff's complaint shall be extended until 30 days following the later of (a) the Court's entry of decision on defendants' motion to transfer or (b) the Court's entry of decision on Proposed Lead Plaintiffs' motion for appointment of lead plaintiff and lead counsel.

    2.     Upon the determination of the motion to transfer or the motion for appointment of lead plaintiff and lead counsel, the parties will further meet and confer regarding the filing of an amended complaint and any further necessary extension on defendants' time to answer or move against the complaint.

Dated: March 8, 2007

        /s/ Daniel A. Pollack
Daniel A. Pollack (*Pro Hac Vice*)
Edward T. McDermott (*Pro Hac Vice*)
Anthony Zaccaria (*Pro Hac Vice*)
POLLACK & KAMINSKY
114 West 47th Street
New York, New York 10036
Telephone: (212) 575-4700
Facsimile: (212) 575-6560


        /s/ Boris Feldman
Boris Feldman (State Bar No. 128838)
Peri Nielsen (State Bar No. 196781)
Jordan Elias (State Bar No. 228731)
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

*Counsel for Defendants*

SCHEDULING STIPULATION
CASE NO. C-06-7847-SI

     /s/ Adam Gutride
Adam J. Gutride (State Bar No. 181446)
Seth A. Safier (State Bar No. 197427)
GUTRIDE SAFIER LLP
835 Douglass Street
San Francisco, California 94114
Telephone: (415) 271-6469
Facsimile: (415) 449-6469

*Counsel for Plaintiff*

**SCHEDULING STIPULATION**
**CASE NO. C-06-7847-SI**

1  Pursuant to the parties' stipulation, and good cause therefor appearing, IT IS HEREBY
2  ORDERED that:
3  Defendants shall file pleadings responding to the complaint within 30 days after the later
4  of (a) the Court's entry of decision on defendants' motion to transfer or (b) the Court's entry of
5  decision on Proposed Lead Plaintiffs' motion for appointment of lead plaintiff and lead counsel.

7  DATED: _____    _____
        Honorable Susan Illston
8       United States District Court

**SCHEDULING STIPULATION**
**CASE NO. C-06-7847-SI**

I, Jordan Elias, am the ECF User whose identification and password are being used to file this Memorandum in Support of Defendants' Motion To Extend Filing Deadline for Responding to Complaint Pending Court's Resolution of Motion To Transfer. In compliance with General Order 45, X.B, I certify that Boris Feldman concurs in this filing.

Dated: March 8, 2007                    WILSON SONSINI GOODRICH & ROSATI
                                        Professional Corporation


                                         /s/ Jordan Elias
                                        Jordan Elias

**SCHEDULING STIPULATION**
**CASE NO. C-06-7847-SI**