Daniel A. Pollack (*Pro Hac Vice*)
Edward T. McDermott (*Pro Hac Vice*)
Anthony Zaccaria (*Pro Hac Vice*)
POLLACK & KAMINSKY
114 West 47th Street
New York, New York 10036
Telephone:   (212) 575-4700
Facsimile:    (212) 575-6560

Boris Feldman (State Bar No. 128838)
Peri Nielsen (State Bar No. 196781)
Jordan Elias (State Bar No. 228731)
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone:   (650) 493-9300
Facsimile:    (650) 493-6811

Attorneys for Franklin Resources, Inc.,
Franklin Advisers, Inc., and
Franklin/Templeton Distributors, Inc.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD ULFERTS, Individually And On Behalf Of All Others Similarly Situated,<br><br>                           Plaintiff,<br><br>           v.<br><br>FRANKLIN RESOURCES, INC., FRANKLIN ADVISERS, INC. and FRANKLIN/TEMPLETON DISTRIBUTORS, INC.,<br><br>                           Defendants. | Case No.:  C-06-7847-SI |

**STIPULATION TO TRANSFER CASE PURSUANT TO 28 U.S.C. § 1404(a)**

WHEREAS, Plaintiff Donald Ulferts filed this putative class action on December 22, 2006;

WHEREAS, this Court (Illston, J.) granted Defendants' motion to transfer the related case of *Alexander v. Franklin Resources, Inc., et al*, Case No. C-06-7121-SI ("*Alexander*") to the District of New Jersey on February 14, 2007 ("*Alexander* Transfer Order");

WHEREAS, defendants filed a motion to transfer this action to the United States District Court for the District of New Jersey, pursuant to 28 U.S.C. § 1404(a), on February 28, 2007;

WHEREAS, Defendants based their motions to transfer in this case and in the *Alexander* case on the litigation in the District of New Jersey denominated *In Re Franklin Mutual Funds Fee Litigation*, Case No. 04-CV-982 (WJM) ("Fee Litigation Case");

WHEREAS, on March 13, 2007, the United States District Court for the District of New Jersey (Martini, J.) dismissed the Fee Litigation Case with prejudice;

WHEREAS, the parties, having met and conferred, agree that, in light of the *Alexander* Transfer Order and the current pendency of the *Alexander* action in the District of New Jersey, venue is proper in the United States District Court for the District of New Jersey;

WHEREAS, the parties further agree that, in light of the *Alexander* Transfer Order and the current pendency of the *Alexander* action in the District of New Jersey, good cause exists for transferring this action to the United States District Court for the District of New Jersey pursuant to 28 U.S.C. § 1404(a).

NOW THEREFORE, the parties, by and through their undersigned counsel, hereby agree and stipulate as follows, subject to the Court's approval:

1. This action shall be transferred to the United States District Court for the District of New Jersey, Newark Division, pursuant to 28 U.S.C. § 1404(a);

2. Upon transfer, this action shall be "related" to *Alexander v. Franklin Resources, Inc., et al*., Case No. 2:07-cv-00848-WJM-MF (D.N.J.);

3. All other pending motions are hereby withdrawn without prejudice to their refiling in the transferee Court;

1    4.    The hearings and case management conference before this Court scheduled for
2    April 6 and 27, 2007 shall be vacated;
3    5.    This stipulation shall not waive, and shall be without prejudice to any rights that the
4    Plaintiffs or proposed lead plaintiffs may have to (1) move in the District of New Jersey and/or
5    before the Multi-District Litigation panel to transfer this action and the *Alexander* action back to
6    this Court in light of the dismissal with prejudice of the Fee Litigation Case, and (2) appeal from
7    the *Alexander* Transfer Order.  By entering into this stipulation, Defendants do not concede that
8    any such rights exist.

Dated:  March 15, 2007

    /s/ Daniel A. Pollack
Daniel A. Pollack (*Pro Hac Vice*)
Edward T. McDermott (*Pro Hac Vice*)
Anthony Zaccaria (*Pro Hac Vice*)
POLLACK & KAMINSKY
114 West 47th Street
New York, New York 10036
Telephone:   (212) 575-4700
Facsimile:    (212) 575-6560


    /s/ Boris Feldman
Boris Feldman (State Bar No. 128838)
Peri Nielsen (State Bar No. 196781)
Jordan Elias (State Bar No. 228731)
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone:   (650) 493-9300
Facsimile:    (650) 493-6811

*Counsel for Defendants*


    /s/ Adam Gutride
Adam J. Gutride (State Bar No. 181446)
Seth A. Safier (State Bar No. 197427)
GUTRIDE SAFIER LLP
835 Douglass Street

2

STIPULATION TO TRANSFER
CASE NO. C-06-7847-SI

|   |   |
|---|---|
| 1 | San Francisco, California 94114 |
| 2 | Telephone: (415) 271-6469<br>Facsimile: (415) 449-6469 |
| 3 | *Counsel for Plaintiff* |

3

**STIPULATION TO TRANSFER**
**CASE NO. C-06-7847-SI**

1        Pursuant to the parties' stipulation, and good cause therefor appearing, IT IS HEREBY
2 ORDERED that:
3        1.     This action shall be transferred to the United States District Court for the District of
4 New Jersey, Newark Division, pursuant to 28 U.S.C. § 1404(a);
5        2.     Upon transfer, this action shall be filed as a "related" action to *Alexander v.*
6 *Franklin Resources, Inc., et al.*, Case No. 2:07-cv-00848-WJM-MF (D.N.J.);
7        3.     All other pending motions are withdrawn without prejudice to their refiling in the
8 transferee Court;
9        4.     The hearings and case management conference before this Court scheduled for
10 April 6 and April 27, 2007 shall be vacated;
11        5.     This stipulation shall not waive, and shall be without prejudice to any rights that the
12 Plaintiffs or proposed lead plaintiffs may have to (1) move in the District of New Jersey and/or
13 before the Multi-District Litigation panel to transfer this action and/or the *Alexander* action back
14 to this Court in light of the dismissal with prejudice of the Fee Litigation Case, and (2) appeal
15 from the *Alexander* Transfer Order. By entering into this stipulation, Defendants do not concede
16 that any such rights exist.

DATED: _____      _____
                                                           Honorable Susan Illston
                                                           United States District Court

4

**STIPULATION TO TRANSFER**
**CASE NO. C-06-7847-SI**

I, Jordan Elias, am the ECF User whose identification and password are being used to file this Memorandum in Support of Defendants' Motion To Extend Filing Deadline for Responding to Complaint Pending Court's Resolution of Motion To Transfer. In compliance with General Order 45, X.B, I certify that Boris Feldman concurs in this filing.

Dated: March 15, 2007                              WILSON SONSINI GOODRICH & ROSATI
                                                   Professional Corporation


                                                   ___/s/ Jordan Elias_____
                                                   Jordan Elias

5

**STIPULATION TO TRANSFER**
**CASE NO. C-06-7847-SI**